# Federal Defenders
## OF NEW YORK, INC.

Appeals Bureau
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Leonard F. Joy
*Executive Director and*
*Attorney-in-Chief*

*Appeals Bureau*
Barry D. Leiwant
*Attorney-in-Charge*

August 13, 2008

**BY FAX 212-805-6191**

Honorable Barbara S. Jones
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 620
New York, New York 10007

    Re: <u>U.S. v. Richard Morales-Padilla</u>
        08 Cr. 639(BSJ)

Dear Judge Jones:

    With the consent of the Government, I request the conference in this case be adjourned from August 15th, 2008 to August 25th, 2008, at 3:00 p.m. Mr. Morales-Padilla <u>needs more time to review and consider</u> the discovery. <u>We agree to exclude time under the Speedy Trial Act.</u>

Respectfully submitted,

*(signature)*

**PHILIP L. WEINSTEIN**
Associate Counsel

PLW/hcs

cc: Richard C. Tarlowe, Esq.
    Assistant U.S. Attorney/SDNY

*Application granted. In the interest of justice and for the reasons stated above, speedy trial time is excluded from 8/15/08 until 8/25/08 pursuant to 18 USC § 3161(h)(8)(A).*

SO ORDERED *(signature)*
Dated: **BARBARA S. JONES**
           U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/13/08